

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ASSOCIATED PRESS,                         :     Index No. _____

                              Plaintiff,  :

                                          :

        - against -                       :     ECF CASE

                                          :

UNITED STATES DEPARTMENT OF               :     RULE 7.1 STATEMENT
DEFENSE,                                  :

                                          :

                              Defendants. :

------------------------------------------X

Plaintiff, The Associated Press ("AP"), pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure, states that it has no parents, subsidiaries, or affiliates that have any

outstanding securities in the hands of the public, has no publicly held stock, and no publicly

held company owns 10% or more of its stock.

Dated:  March 13, 2006          Respectfully submitted,
        New York, New York
                                LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


                                By: _____
                                    David A. Schulz (DS-3180)
                                    Ashley I. Kissinger
                                    230 Park Avenue, Suite 1160
                                    New York, NY 10169
                                    t: (212) 850-6100
                                    f: (212) 850-6299

                                    David H. Tomlin
                                    The Associated Press
                                    450 West 33rd Street
                                    New York, NY 10001

                                    *Attorneys for The Associated Press*