AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ASSOCIATED PRESS

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF DEFENSE

CASE NUMBER:

**06 CV 1939**

**JUDGE COTE**

TO: (Name and address of defendant)

see attached list

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Schulz
Ashley I. Kissinger
Levine Sullivan Koch & Schulz, LLP
230 Park Avenue, Suite 1160
New York, NY 10169
(212) 850-6100

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          MAR 1 3 2006
CLERK                                        DATE

*(signature)*
(BY) DEPUTY CLERK

United States Attorney – Civil Division
86 Chambers Street
New York, NY 10007

Donald H. Rumsfeld
Office of the Secretary
Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Alberto R. Gonzalez
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
ASSOCIATED PRESS,                      :   ECF CASE
                                       :   Index No. 06 CV 1939
                                       :   Judge Cote
                        Plaintiff,     :
                                       :
        - against -                    :
                                       :   PROOF OF SERVICE
UNITED STATES DEPARTMENT OF            :
DEFENSE,                               :
                                       :
                        Defendant.     :
---------------------------------------X

STATE OF NEW YORK      )
                       ) SS.
COUNTY OF NEW YORK     )

SCOTT BAILEY, being duly sworn, deposes and says as follows:

1.  I am a legal assistant with the law firm of Levine Sullivan Koch & Schulz, L.L.P. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2.  On March 13, 2006, I served true copies of the Summons, Complaint, Civil Cover Sheet, Corporate Disclosure Statement, judge's rules and required SDNY instructions concerning electronic filing by hand delivery upon:

> U.S. Attorney – Civil Division
> 86 Chambers Street
> New York, NY 10007.

3.  On March 13, 2006, I served true copies of the Summons, Complaint, Civil Cover Sheet, Corporate Disclosure Statement, judge's rules and required SDNY

instructions concerning electronic filing by certified mail upon:

        Donald H. Rumsfeld
        Office of the Secretary
        Department of Defense
        1000 Defense Pentagon
        Washington, DC 20301-1000

        Alberto R. Gonzales
        Attorney General of the United States
        Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001.

        _/s/ Scott Bailey_
        Scott Bailey

Subscribed and sworn to before me
this 13th day of March, 2006

_/s/ Lisamarie Appel_
Notary Public

LISAMARIE APPEL
Notary Public, State of New York
No. 01AP4869703
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Sept. 2, 20_06_

2