MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SARAH S. NORMAND (SN-2834)
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709
Facsimile: (212) 637-2702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| ASSOCIATED PRESS, | : |
| Plaintiff, | : |
| | : **ECF CASE** |
| - v.- | : |
| | : 06 Civ. 1939 (JSR) |
| UNITED STATES DEPARTMENT OF DEFENSE, | : **NOTICE OF MOTION** |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE THAT, upon the Declarations of Sarah S. Normand, Karen L. Hecker, Paul B. Rester, and Richard B. Jackson, and the accompanying memorandum of law, the United States Department of Defense, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order granting partial summary judgment in favor of defendant. The schedule for service and filing of the parties' motion papers is as follows: (1) defendant's

motion is due May 11, 2006; (2) plaintiff's opposition is due May 22, 2006; and (3) defendant's reply is due May 26, 2006. The Court has scheduled oral argument on this motion for May 31, 2006, at 10:00 a.m.

Dated: New York, New York
       May 11, 2006

>                          SARAH S. NORMAND
>                          United States Attorney for the
>                          Southern District of New York
>
> By:     s/ Sarah S. Normand
>         SARAH S. NORMAND (SN-2834)
>         Assistant United States Attorney
>         86 Chambers Street, Third Floor
>         New York, New York 10007
>         Telephone: (212) 637-2709
>         Facsimile: (212) 637-2702