MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SARAH S. NORMAND (SN-2834)
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709
Facsimile: (212) 637-2702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ASSOCIATED PRESS,                      :
                                       :
                    Plaintiff,         :        **ECF CASE**
                                       :
          - v.-                        :
                                       :        06 Civ. 1939 (JSR)
                                       :
UNITED STATES DEPARTMENT               :
OF DEFENSE,                            :
                                       :
                    Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF SARAH S. NORMAND

SARAH S. NORMAND, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for defendant the United States Department of Defense. I have been assigned to defend this matter, and am fully familiar with the facts pertaining to it.

2. I submit this declaration in support of defendant's motion for partial summary judgment in this matter.

3. A true and correct copy of plaintiff's complaint in this matter is attached hereto as Exhibit 1.

    4. A true and correct copy of the transcript of the April 3, 2006 conference in this matter is attached hereto as Exhibit 2.

    5. On April 17, 2006, I was advised by plaintiff's counsel, David Schulz, Esq., that plaintiff consented to a two-day extension of the previously agreed-upon April 17 deadline for production of certain information responsive to plaintiff's request under the Freedom of Information Act.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
     May 11, 2006

                s/ Sarah S. Normand
                SARAH S. NORMAND
                Assistant United States Attorney