# DECLARATION OF DR. JOHN S. EDMONDSON

Pursuant to 28 U.S.C. Section 1746, I, John S. Edmondson, MD, hereby state that, to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

1. I am a Captain in the United States Navy with 25 years Active Federal Commissioned Service. I currently am the Commander, US Navy Hospital, Guantanamo Bay, Cuba and also serve as the Task Force Surgeon for Joint Task Force-Guantanamo, Guantanamo Bay, Cuba (JTF-GTMO). I am directly responsible for the medical care provided to personnel living at Guantanamo Bay and oversee the operation of the detention hospital that provides medical care to the detainees being held at Guantanamo. Currently, there are in excess of 500 detainees being held at the detainee camp at Guantanamo Bay, Cuba.

2. I received my medical degree from the Medical College of Georgia. I completed an Internship at Bethesda Naval Hospital and a Residency in Emergency Medicine at Naval Hospital San Diego. I am licensed to practice in California and Georgia. I have held teaching appointments at the University of California San Diego and the Uniformed Services University of the Health Sciences in Bethesda.

3. The detention hospital is an 18 bed facility that is staffed to provide medical care to the over 500 detainees held at Guantanamo. The hospital medical staff of seventy includes two medical doctors and a Physician's Assistant. In addition, the staff includes Medical/Surgical Nurses, corpsman, technicians (lab, radiology, pharmacy, OR, respiratory, physical therapy, information technology and biomedical repair), and administrative staff.

4. In addition, a 21 member Behavioral Health Service (BHS) Staff supports the hospital. The BHS staff includes a Board Certified Psychiatrist and a Ph.D. Psychologist. The remainder of the staff includes Psychiatric nurses and psychiatric technicians. The BHS staff provides long term supportive care and short-term behavioral modification therapy as well as psychotropic medication therapy for acute management of self-injurious behaviors and intense mood swings associated with dangerousness to others. They also manage major mental disorders and maladaptive behaviors associated with personality disorders.

5. All detainees arriving at Guantanamo are given a complete physical examination. The medical staff follows any medical issues identified during that or any subsequent examinations. The detainee can request medical care at any time by making a request to a guard or to medical personnel who make rounds on the cellblocks every other day. In addition to following up on detainee requests, the medical staff will investigate any medical issues observed by guards or other staff. From January 2002 – December 2003, the hospital staff conducted over 30,000 outpatient visits.

6. For medical procedures beyond the capability of the detention hospital, the detainees are transferred to the Naval Base Hospital at Guantanamo Bay. We can and have requested that specialists be flown in to provide care to detainees when the medical need exceeds the capabilities of the Naval Base Hospital.

7. Medical staff at the detention hospital and the Naval Base Hospital have treated detainees for a variety of medical conditions, including hepatitis, heart ailments, hypertension, combat wounds, diabetes, tuberculosis, appendicitis, enguinal hernia, leishmaniasis, malaria, and malnutrition. In addition to providing medical treatment and prescription drugs, our medical staff has provided detainees with prescription eyeglasses and prosthetic limbs.

8. For many of the detainees, it was the military medical staff that diagnosed conditions that had previously been unknown to the detainees themselves. Many of the detainees were suffering from significant undiagnosed and/or untreated medical conditions and we have consistently provided high quality medical care to these detainees, comparable to the medical care provided to active duty military members. As a result, the health of the detainee population has markedly improved since they arrived at Guantanamo.

9. We have performed over 160 surgical procedures since January 2002. The first surgeries were primarily related to wound care and infection control, as many of the detainees had suffered wounds on the battlefield. Recent surgeries ranged from common procedures such as removing an appendix to coronary artery stent replacement.

10. **REDACTED**

*[Signature]*
Signature of Declarant

Executed on: 11 Aug 04

2