

# Press Release

## Joint Task Force Guantanamo
### Guantanamo Bay, Cuba
### APO, AE 09360



Contact: LTC Jeremy Martin                              Dec 29, 2005
Phone: 011-5399-9928
Email: jeremy.m.martin@jtfgtmo.southcom.mil

## JTF Guantanamo Updates Voluntary Fast Numbers

**NAVAL BASE GUANTANAMO BAY, CUBA – Medical officials assigned to Joint Task Force – Guantanamo (JTF-GTMO) reported a total of 84 enemy combatants as current participants in a voluntary fast underway here. The total includes 46 detainees that have refused nine consecutive meals since December 25.**

**The number of detainees engaged in the current fast, which began on August 8, 2005, routinely fluctuates.  Since then, increases in the number of fasters have coincided with the anniversary of the September 11, 2001 terrorist attacks and the scheduled arrival of defense attorneys representing certain detainees. This technique (hunger striking) is consistent with al-Qaida training and reflects detainee attempts to elicit media attention and bring pressure on the United States Government to release them.**

**Enemy combatants on voluntary fast are closely monitored by medical professionals, receive excellent medical care, and when required, the appropriate amount of daily nutrition and hydration through enteral feeding.  JTF medical professionals provide detailed counseling to detainees concerning the health risks associated with prolonged hunger strikes.**

**JTF-GTMO continues to perform its mission of providing safe, humane care, ensuring the custody of all detainees, and intelligence gathering in support of the global war on terror.**

### ###

Dockets.Justia.com