

# Press Release

## Joint Task Force Guantanamo
Guantanamo Bay, Cuba
APO, AE 09360



Contact:  LTC Jeremy Martin                                              Jan 06, 2006
Phone:  011-5399-9928
Email:  jeremy.m.martin@jtfgtmo.southcom.mil

JTF Guantanamo Hunger Strike Numbers Decrease by 44

**NAVAL BASE GUANTANAMO BAY, CUBA – Medical officials assigned to Joint Task Force – Guantanamo (JTF-GTMO) reported today that 44 enemy combatants ended their participation in a hunger strike here.**

**Currently, 40 enemy combatants remain on a hunger strike.**

**Enemy combatants on hunger strike are closely monitored by medical professionals and receive appropriate medical care.  When required, enemy combatants receive appropriate daily nutrition and hydration through enteral feeding.  JTF medical professionals provide detailed counseling on a routine basis to detainees concerning the health risks associated with prolonged hunger strike.**

**JTF GTMO continues to perform its mission of providing safe, humane care, ensuring the custody of all detainees, and intelligence gathering in support of the war on terror.**

###