Associated Press v. United States Department of Defense                                                         Doc. 27

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ASSOCIATED PRESS,                          :    ECF CASE
                                           :
                    Plaintiff,             :
                                           :    06 Civ. 1939 (JSR)
         - v. -                            :
                                           :
                                           :    STIPULATION AND ORDER
UNITED STATES DEPARTMENT                   :
OF DEFENSE,                                :
                                           :
                    Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   WHEREAS, plaintiff the Associated Press ("AP") brought this action under the Freedom

of Information Act ("FOIA") seeking, among other things, photographs identifying individual

detainees held at the U.S. Naval Base, Guantanamo Bay, Cuba (the "Photographs"), and height

and weight information for those detainees (the "Height and Weight Information");

   WHEREAS, defendant the United States Department of Defense ("DOD") moved for

summary judgment with respect to its withholding of the Photographs under FOIA Exemptions 1

and 6, and the Height and Weight Information under FOIA Exemption 6;

   WHEREAS, the Court, in a November 27, 2006 Opinion and Order (the "Order"),

granted DOD's summary judgment motion as to the Photographs, denied its motion as to the

Height and Weight Information, and directed DOD to provide the Height and Weight

Information to AP by December 11, 2006;

   WHEREAS, on November 30, 2006, DOD applied orally to the Court for a sixty (60) day

stay of that portion of the Order directing DOD to provide the Height and Weight Information to

AP, pending the Government's consideration of appeal;

   WHEREAS, AP indicated it would not oppose the DOD request for a stay so long as

DOD proceeded to prepare the Height and Weight Information for release to AP in the event DOD does not appeal the Order;

WHEREAS, DOD's oral application was granted on the condition that DOD would proceed with the processing of the Height and Weight Information, and the Court directed the parties promptly to submit a written stipulation;

IT IS STIPULATED AND AGREED, by and between undersigned counsel for the parties, that:

1. That portion of the Order directing DOD to provide the Height and Weight Information to AP is stayed until January 26, 2007, on the condition that DOD begin processing the Height and Weight Information notwithstanding entry of the stay.

2. In the event that DOD takes an appeal of the Order, it will take no action in the Court of Appeals to delay the disposition of its pending appeal in AP v. DOD, 05 Civ. 5468 (JSR).

Dated: December 1, 2006
       New York, New York

             LEVINE SULLIVAN KOCH
               & SCHULZ, L.L.P.
             Attorneys for Plaintiff

    By: _____
        DAVID A. SCHULZ, ESQ. (DS-3180)
        230 Park Avenue, Suite 1160
        New York, NY 10169
        Telephone: (212) 850-6100
        Facsimile: (212) 850-6299

-2-

Dated: December 1, 2006
      New York, New York

                               MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York
                               Attorney for Defendant

                       By: *[signature]*
                               ELIZABETH WOLSTEIN (EW-5194)
                               Assistant United States Attorney
                               86 Chambers Street
                               New York, New York 10007
                               Telephone: (212) 637-2743
                               Facsimile: (212) 637-2686

SO ORDERED:

*[signature]*
U.S.D.J.
12-3-06