```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ASSOCIATED PRESS,                    :
                                     :
              Plaintiff,             :   06 Civ. 1939 (JSR)
                                     :
         -v-                         :         ORDER
                                     :
UNITED STATES DEPARTMENT OF DEFENSE, :
                                     :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

   This order will serve to dispose of the motion currently pending on the Court's CJRA Report.

   The defendant's motion for summary judgment, Court document number 7, was granted in part and denied in part by Court document number 26. Accordingly, the Clerk of the Court is hereby directed to terminate Court document number 7.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       January 16, 2007

Associated Press v. United States Department of Defense                              Doc. 28

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-07