UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ASSOCIATED PRESS,

     Plaintiff,

 - v. -

UNITED STATES DEPARTMENT
OF DEFENSE,

     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-07

06 Civ. 1939 (JSR)

STIPULATION AND ORDER

WHEREAS, plaintiff the Associated Press ("AP") brought this action under the Freedom of Information Act ("FOIA") seeking, among other things, photographs identifying individual detainees held at the U.S. Naval Base, Guantanamo Bay, Cuba (the "Photographs"), and height and weight information for those detainees (the "Height and Weight Information");

WHEREAS, defendant the United States Department of Defense ("DOD") moved for summary judgment with respect to its withholding of the Photographs under FOIA Exemptions 1 and 6, and the Height and Weight Information under FOIA Exemption 6;

WHEREAS, the Court, in a November 27, 2006 Opinion and Order (the "Order"), granted DOD's summary judgment motion as to the Photographs, denied its motion as to the Height and Weight Information, and directed DOD to provide the Height and Weight Information to AP by December 11, 2006;

WHEREAS, the Court granted DOD's application for a sixty day stay of that portion of the Order directing DOD to provide the Height and Weight Information to AP on the condition that DOD begin processing the Height and Weight Information notwithstanding entry of the stay (the "Stay");

Associated Press v. United States Department of Defense  Doc. 29

WHEREAS, neither AP nor DOD has appealed the Order;

WHEREAS, DOD has been processing the Height and Weight Information in compliance with the Court's stay order, and the parties have agreed that DOD may have until March 16, 2007, to complete its processing and produce to AP the Height and Weight Information;

IT IS STIPULATED AND AGREED, by and between undersigned counsel for the parties, that:

1. DOD shall produce the Height and Weight Information to AP by no later than March 16, 2007.

2. The Stay shall continue in effect through March 16, 2007.

Dated: February 1, 2007
New York, New York

> LEVINE SULLIVAN KOCH
> & SCHULZ, L.L.P.
> Attorneys for Plaintiff
>
> By: _____
> DAVID A. SCHULZ, ESQ. (DS-3180)
> 321 W. 44th Street, Suite 510
> New York, NY 10036
> Telephone: (212) 850-6100
> Facsimile: (212) 850-6299

Dated: February 1, 2007
       New York, New York

                      MICHAEL J. GARCIA
                      United States Attorney for the
                      Southern District of New York
                      Attorney for Defendant

            By: _____
                      SARAH S. NORMAND (SN-2834)
                      ELIZABETH WOLSTEIN (EW-5194)
                      Assistant United States Attorneys
                      86 Chambers Street
                      New York, New York 10007
                      Telephone: (212) 637-2709/2743
                      Facsimile: (212) 637-2702/2686

SO ORDERED:

_____
Honorable Jed S. Rakoff
2-1-07