UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATED PRESS, | ECF Case |
| Plaintiff, | No. 06 Civ. 1939 (JSR) |
| - against - | |
| UNITED STATES DEPARTMENT OF DEFENSE, | |
| Defendant. | |

### NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: David A. Schulz, Esq.

*Attorney*

☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: (DS-3180).

*Address:* Levine Sullivan Koch & Schulz, L.L.P., 321 West 44th Street, Suite 510, New York, NY 10036

*Telephone Number:* (212) 850-6100

*Fax Number:* (212) 850-6299

*E-Mail Address:* dschulz@lskslaw.com

Dated: January 31, 2007                    Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: /s/ David A. Schulz
David A. Schulz (DS-3180)

*Attorneys for Associated Press*