USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ASSOCIATED PRESS,

          Plaintiff,

    - against -

DEPARTMENT OF DEFENSE,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

06 Civ. 1939 (JSR)

STIPULATION AND ORDER OF
SETTLEMENT AND DISMISSAL

        WHEREAS, plaintiff Associated Press ("AP") filed the complaint in this action in the United States District Court for the Southern District of New York ("District Court") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the release of certain information by defendant the United States Department of Defense ("DOD"); and

        WHEREAS, DOD subsequently released certain information responsive to AP's FOIA request, but withheld other information, including photographs ("Photographs") and height and weight information ("Height and Weight Information") of persons detained by DOD at the U.S. Naval Station, Guantanamo Bay, Cuba ("Guantanamo"); and

        WHEREAS, DOD subsequently filed a motion for summary judgment with regard to its withholding under FOIA of the Photographs and the Height and Weight Information; and

        WHEREAS, the District Court issued an Opinion and Order, dated November 27, 2006 (the "Opinion and Order"), granting DOD's motion for summary judgment as to the Photographs, denying DOD's motion for summary judgment as to the Height and Weight Information, and ordering DOD to release the Height and Weight Information to AP; and

Associated Press v. United States Department of Defense    Doc. 31

WHEREAS, neither party filed an appeal of the district court's rulings; and

WHEREAS, on March 16, 2007, DOD released the Height and Weight Information to AP,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, as follows:

1. The United States shall pay to the "Associated Press" the sum of $20,000.00 in attorneys' fees and litigation costs, pursuant to 5 U.S.C. § 552(a)(4)(E), which sum AP and its counsel, Levine Sullivan Koch & Schulz, LLP, agree to accept as full payment of any attorneys' fees and costs AP has incurred or will incur in this action for services performed up to the date of this stipulation and order.

2. Nothing in this stipulation and order shall constitute an admission on the part of DOD and/or the United States that DOD's initial decision not to release the Height and Weight Information lacked a reasonable basis.

3. This action is hereby dismissed with prejudice, provided that the Court shall retain jurisdiction over any issues that may arise relating to this Stipulation and Order.

4. The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

DATED:   New York, New York
         April 20, 2007

                                      LEVINE SULLIVAN KOCH & SCHULZ, LLP

                            By: _____
                                DAVID A. SCHULZ, ESQ.
                                321 West 44th Street, Suite 510
                                New York, NY 10036
                                Telephone: (212) 850-6103
                                Attorneys for Plaintiff Associated Press

DATED:   New York, New York
         April ___, 2007

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                 Southern District of New York
                                 Attorney for Defendant Department of Defense

                         By: _____
                                SARAH S. NORMAND (SN-2834)
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Telephone: (212) 637-2709

SO ORDERED:

_____
HON. JED S. RAKOFF
United States District Judge

4-23-07